IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ABEL HERNANDEZ-Labra,<br>a/k/a Santiago Ferreira-Navedo,<br><br>Defendant. | No. 14-CR-3036<br><br>**Count 1:** 18 U.S.C. § 1542<br>False Statements in Passport Application<br><br>**Count 2:** 18 U.S.C. § 911<br>False Claim to U.S. Citizenship<br><br>**Count 3:** 18 U.S.C. § 1546(a)<br>Unlawful Use of Identification Documents<br><br>**Count 4:** 42 U.S.C. § 408(a)(7)(B)<br>Misuse of Social Security Number<br><br>**Counts 5-6:** 18 U.S.C. § 1028A(a)(1)<br>Aggravated Identity Theft<br><br>**Count 7:** 18 U.S.C. § 1015(f))<br>False Claim of U.S. Citizenship to Register to Vote and Vote<br><br>**Count 8:** 8 U.S.C. § 1324(a)(1)(A)<br>8 U.S.C. § 1324(a)(1)(B)(ii)<br>Harboring, Encouraging, and Inducing an Alien to Reside in the United States in Violation of Law<br><br>**Count 9:** 18 U.S.C. § 922(g)(5)<br>Alien in Possession of a Firearm |

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY
And filed___9/24/2014___
ROBERT L. PHELPS, CLERK

## SECOND SUPERSEDING INDICTMENT

The Grand Jury charges:

1

## COUNT 1
## False Statements in Passport Application

On or about September 3, 2008, in the Northern District of Iowa, the defendant, ABEL HERNANDEZ-Labra, willfully and knowingly made a false statement in an application for a passport with intent to induce and secure for his own use the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws, in that in such application the defendant stated that his name was Santiago Ferreira-Navedo, born in Puerto Rico, which statement he knew to be false.

This was in violation of Title 18, United States Code, Section 1542.

## COUNT 2
## False Claim to U.S. Citizenship

On or about August 1, 2013, in the Northern District of Iowa, the defendant, ABEL HERNANDEZ-Labra, falsely and willfully represented himself to be a citizen of the United States, in that defendant claimed, in the course of applying for a State of Iowa Driver's License, to be a United States citizen, when defendant knew he was not and has never been a citizen of the United States.

This was in violation of Title 18, United States Code, Section 911.

2

## COUNT 3
## Unlawful Use of Identification Document

On or about August 1, 2013, in the Northern District of Iowa, defendant,

ABEL HERNANDEZ-Labra, knowingly used a document prescribed by statute or

regulation as evidence of authorized stay or employment in the United States, that

is, a State of Iowa Driver's License bearing a number with the last four digits

"0427;" which document defendant knew had been forged, counterfeited, falsely

made, and otherwise unlawfully obtained.

This is in violation of Title 18, United States Code, Section 1546(a).


## COUNT 4
## Misuse of Social Security Number

On or about August 1, 2013, in the Northern District of Iowa, defendant,

ABEL HERNANDEZ-Labra, for the purpose of gaining a State of Iowa Driver's

License, did, with the intent to deceive, falsely represent a social security account

number with the last four digits "6449" to be the account number lawfully assigned

to him by the Commissioner of Social Security, when in fact such number had not

been assigned to him by the Commissioner of Social Security.

This is in violation of Title 42, United States Code, Section 408(a)(7)(B).

3

## COUNT 5
## Aggravated Identity Theft

On or about August 1, 2013, in the Northern District of Iowa, defendant, ABEL HERNANDEZ-Labra, during and in relation to Counts 2, 3, and 4 above, did knowingly transfer, possess, and use without lawful authority a means of identification that defendant knew belonged to another person, including the name, date of birth, and social security number, bearing the last four digits "6449," of an another actual person.

This in violation of Title 18, United States Code, Section 1028A(a)(1).

## COUNT 6
## Aggravated Identity Theft

During about July 2014, in the Northern District of Iowa, defendant, ABEL HERNANDEZ-Labra, during and in relation to Count 1 above, did knowingly possess without lawful authority a means of identification that defendant knew belonged to another person, including the name and date of birth of an another actual person.

This in violation of Title 18, United States Code, Section 1028A(a)(1).

## COUNT 7
## False Claim of U.S. Citizenship to Register to Vote

On or about October 16, 2012, in the Northern District of Iowa, defendant, ABEL HERNANDEZ-Labra, an alien, knowingly made a false statement and claim

4

that he was a citizen of the United States in order to register to vote in a Federal, State, and local election, in that he falsely stated and claimed that he was a United States citizen when registering to vote with the office of the Franklin County, Iowa, Auditor.

This in violation of Title 18, United States Code, Section 1015(f).

## COUNT 8
### Harboring, Encouraging, and Inducing an Alien to Reside in the United States in Violation of Law

From about January 2014, and continuing until at least July 15, 2014, in the Northern District of Iowa and elsewhere, defendant, ABEL HERNANDEZ-Labra, knowing and in reckless disregard of the fact that an alien, Juan Pablo Mesa-Lopez, had remained in the United States in violation of law, did:

a.    harbor, and aid and abet the harboring of, the alien; and

b.    encourage and induce, and aid and abet the encouraging and inducing of, the alien to reside in the United States, knowing and in reckless disregard of the fact such residence was or would be in violation of law.

This was in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii), 1324(a)(1)(A)(iv), and 1324(a)(1)(B)(ii).

5

## COUNT 9
## Possession of a Firearm by an Alien

On about July 15, 2014, in the Northern District of Iowa, defendant ABEL HERNANDEZ-Labra, an alien illegally and unlawfully in the United States, did knowingly possess, in and affecting commerce, a firearm, namely a 12 gauge Winchester shotgun, model 1300, bearing serial number L3634800.

This was in violation of Title 18, United States Code, Sections 922(g)(5) and 924(a)(2).

## Forfeiture Allegation

By virtue of having committed the acts specified in this Indictment, defendant ABEL HERNANDEZ-Labra shall forfeit to the United States any firearm and ammunition involved in or used in the knowing violation of Title 18, United States Code, Section 922(g)(5), including but not limited to the firearm listed above.

This is pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

A TRUE BILL,

/s/Foreperson

_____     9/23/14
Foreperson                                         Date

KEVIN W. TECHAU
United States Attorney

By: *Daniel C. Tvedt*

DANIEL C. TVEDT
Assistant United States Attorney

6